UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                )
UNIVERSITY OF WASHINGTON        )
MEDICAL CENTER and              )
HARBORVIEW MEDICAL CENTER,      )
                                )  Case No. C16-1587RSL
              Plaintiffs,       )
                                )  CASE MANAGEMENT ORDER
       v.                       )
                                )
THOMAS E. PRICE, M.D., Secretary)
of the United States Department of )
Health and Human Services,      )
                                )
              Defendant.        )
_____)

On October 10, 2016, plaintiffs filed a complaint challenging the Provider Reimbursement Review Board's interpretation of certain provisions governing Medicare reimbursement for hospitals that serve a significantly disproportionate number of low-income patients. Dkt. # 1. Because this is an administrative record review case, the outstanding issues will be resolved on dispositive motions. Having reviewed the Joint Motion submitted by the parties, Dkt. # 12, the Court orders as follows:

| | |
|---|---|
| Deadline for defendant to file administrative record | May 19, 2017 |
| Deadline for joining additional parties | June 2, 2017 |

CASE MANAGEMENT ORDER

| | |
|---|---|
| Plaintiffs shall file a motion for summary judgment of no more than 35 pages by | July 14, 2017 |
| Defendant shall file a combined opposition and cross-motion for summary judgment of no more than 50 pages by | August 25, 2017 |
| Plaintiffs shall file a combined reply and opposition of no more than 35 pages by | October 6, 2017 |
| Defendant shall file a reply of no more than 20 pages by | November 3, 2017 |

The cross-motions for summary judgment shall be noted for consideration on the Court's calendar for November 3, 2017. These dates are set at the direction of the Court after reviewing the joint motion submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court pursuant to LCR 10(g) and/or 7(d)(2), not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Alteration to LCR 10(e)(9) -- Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

CASE MANAGEMENT ORDER	-2-

- Alteration to Section III, Paragraph M -- Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

- Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Alteration to LCR 7(d)(4) - Any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than the second Friday thereafter. Any response is due on or before the Wednesday before the noting date. Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

## PRIVACY POLICY

Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds at (206) 370-8519, as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

CASE MANAGEMENT ORDER            -3-

1        DATED this 30th day of March, 2017.

2

3

4                                                  _____
                                                   Robert S. Lasnik
5                                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CASE MANAGEMENT ORDER                    -4-